## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                          Case No. 13-16762-RBR
Kendall, Norma                                  Chapter   13


_____Debtor_____/

### FINAL REPORT OF LOSS MITIGATION MEDIATOR

The undersigned court-appointed loss mitigation Mediator, reports to the Court as follows:

A.      The final Loss Mitigation Mediation ("LMM") conference was conducted on
        March 19, 2014  and the following parties were present:

        1. [X] The Debtor(s) : Norma Kendall _____
        2. [X] The Debtor's Attorney:___Thomas Willis_____
        3. [X] The Lender's representative(s): _____
           and Lender's attorney: ____Scott Knap_____
        4. [ ] Other: _____

B.      The final LMM conference was scheduled for_____, but not
conducted for the following reason:

        1. [ ] The parties settled prior to attending.
        2. [ ] The case was dismissed.
        3. [ ] The Debtor or [ ] Debtor's attorney failed to attend.
        4. [ ] The Lender's representative or [ ] Lender's attorney failed to attend.
        5. [ ] Other: _____

C.      The result of the LMM conference is as follows:

        1. [X] The parties reached an agreement.
        2. [ ] The parties did not reach an agreement.

Dated: November 3, 2014                         _____/s/_____
                                                Signature of Mediator
                                                Printed Name: Marcia T. Dunn
                                                Address: 555 N.E. 15th Street #934-A
                                                          Miami, FL 33132
                                                Telephone: 786-433-3866
                                                Email: mdunn@dunnbankruptcy.com
Copies to:
[all parties to mediation]